No. 15,684.

Board of Commissioners, Jefferson County et al.
*v.* Sedgley et al.
(184 P. [2d] 872)

Decided September 15, 1947.

Per Curiam.

Judgment affirmed in department without written opinion, MR. CHIEF JUSTICE BURKE, MR. JUSTICE JACKSON and MR. JUSTICE LUXFORD, participating.

Mr. H. LAWRENCE HINKLEY, Attorney General, Mr. DUKE W. DUNBAR, Deputy, Mr. GEORGE K. THOMAS, Assistant, Mr. JOHN F. WILSON, Assistant, for plaintiffs in error.

Mr. BART W. O'HARA, Mr. C. V. MARMADUKE, JR., for defendants in error.